ACCEPTED
06-14-00099-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
2/16/2015 2:43:15 PM
DEBBIE AUTREY
CLERK

NO. 6-14-00099-CV

IN THE
COURT OF APPEALS
SIXTH DISTRICT OF TEXAS
Texarkana, Texas

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
2/17/2015 8:26:00 AM
DEBBIE AUTREY
Clerk

RICHARD PARKER,

Appellant,

VS.

JOANN PARKER NEAL,

Appellee.

## MOTION TO EXTEND TIME FOR FILING BRIEF OF APPELLANT

TO SAID HONORABLE COURT:

COMES NOW RICHARD PARKER, Appellant herein, pursuant to Rule 10, *T.R.A.P.,* and respectfully requests an extension of time to file his Brief on Appeal, and for grounds would show the following:

1.   Appellant's Brief is due on February 19, 2015.

2.   Appellant requests a 30-day extension of time to file his Brief until March 21, 2015.

3.   This extension request is not entirely based upon the professional duties and responsibilities of Appellant's undersigned attorney, although the latter, of course, is indeed a factor, but is largely based upon personal causes which have resulted in the loss to him of valuable time to actually draft the brief.  During the last days of January, 2015,

1

and the initial re-occupying of our home after a lengthy one-year re-construction, counsel's wife injured her rotator cuff in the right shoulder. Surgery was quickly scheduled for February 9, 2015, in Dallas at Baylor Hospital and performed by Sumant Krishnan, M. D. The procedure is arthroscopic and lasts about 30 minutes. Even though the procedure is considered day-surgery, it leaves the patient unable to move the affected arm/shoulder for several days and unable to drive an automobile for six weeks. The operation, like the one performed on her left shoulder two years ago, was otherwise successful. However, this last week was somewhat consumed with trips to her physicians in Tyler regarding an unusual reaction to anesthesia, and as well, a follow-up visit with Dr. Krishnan about the surgery itself. Intensive physical therapy sessions begin this week in Tyler. As a result, the undersigned has not been able to devote the time required to the drafting of Appellant's Brief that it deserves. The legal research has been substantially completed and no other delays are expected.

4.    This is Appellant's first motion for extension of time to file in this cause.

WHEREFORE, Appellant Richard Parker respectfully requests the indulgence of the Court in granting this extension motion and for further relief.

Respectfully submitted,


/s/   Tom S. McCorkle
TOM S. McCORKLE
State Bar No. 13453000
Tefteller Law, PLLC
403 West Tyler Street
Gilmer, Texas 75644
Tel: 903.843.5678
Fax: 903.680.2310

ATTORNEY FOR APPELLANTS

2

## VERIFICATION

BEFORE ME, the undersigned authority, on this day personally appeared Tom S. McCorkle, known to me to be the person whose signature is set forth below, and, who being by me duly sworn on this oath, states that he is the attorney for Appellant in the above and foregoing Motion to Extend Time to File Brief of Appellant and that each and every fact, allegation and matter contained therein is within his knowledge and is true and correct.

Tom S. McCorkle
Affiant

SUBSCRIBED and SWORN TO before me on this 16th day of February, 2015.

Bradley W Ellison
Notary Public
State of Texas
My Comm. Exp. 7-18-2017

Notary Public in and for
The State of Texas

## CERTIFICATE OF CONFERENCE

On February 16, 2015, a telephone conference on the merits of the foregoing Motion to Extend Time to File Brief of Appellant was held by the undersigned with Lance W. Hinson, attorney for Appellee, who stated that he has no objection to the granting of said motion.

/s/   Tom S. McCorkle
Tom S. McCorkle

3

## CERTIFICATE OF SERVICE

A true copy of the foregoing Brief of Appellant has been served upon the attorney for Appellee by electronic mail and by placing same in the U. S. Mail, postage prepaid and addressed to Lance W. Hinson, 311 East 16th Street, Mount Pleasant, Texas 75455, on this 16th day of February, 2015.

/s/   Tom S. McCorkle
Tom S. McCorkle